**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7004**

———————

DEMETRIC GRAY PEARSON,

　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

MARY ANN SAAR,

　　　　　　　　　　　　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Richard D. Bennett, District Judge. (CA-
03-1495-RDB, CA-03-1496-RDB)

———————

Submitted: September 11, 2003　　Decided: September 24, 2003

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Demetric Gray Pearson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Demetric Gray Pearson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error.  Accordingly, we deny Pearson's motion for appointment of counsel and affirm on the reasoning of the district court.  <u>See</u> <u>Pearson v. Saar</u>, Nos. CA-03-1495-RDB, CA-03-1496-RDB (D. Md. filed June 16, 2003 & entered June 17, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>